**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| MARY HARMON, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:13-cv-00247 ) |
| MILO'S KITCHEN, LLC, and DEL MONTE CORPORATION d/b/a DEL MONTE FOODS, | ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff hereby certifies that true and accurate copies of Plaintiff's Amended and Supplemental Answers and Objections to Defendant Milo's Kitchen, LLC's First Interrogatories; Plaintiff's Amended and Supplemental Responses and Objections to Defendants Milo's Kitchen, LLC's and Del Monte Corporation's First Requests for Admission; and Plaintiff's Amended and Supplemental Responses and Objections to Defendants Milo's Kitchen, LLC's and Del Monte Corporation's First Requests for Production of Documents were served on defense counsel on February 13, 2014, and that a true and accurate copy of Plaintiff's Responses and Objections to Defendants Milo's Kitchen, LLC's and Del Monte Corporation's Second Requests for Admission was served on defense counsel on February 18, 2014. Service was made by electronic mail to the following counsel of record for Defendants:

| | | |
|---|---|---|
| Gregory K. Wu | Richard Fama | F. Brenden Coller |
| SHOOK, HARDY & BACON LLP | COZEN O'CONNOR | COZEN O'CONNOR |
| 2555 Grand Boulevard | 45 Broadway, 16th Floor | 1900 Market Street |
| Kansas City, Missouri 64108 | New York, NY 10006 | Philadelphia, PA 19103 |

Respectfully submitted,

SHANK & HAMILTON, P.C.


By: *s/ Christopher S. Shank*
    Christopher S. Shank, MO Bar #28760
    David L. Heinemann, MO Bar #37622
    Stephen J. Moore, #KS-000827
    Dane C. Martin, MO Bar #63997
    2345 Grand Blvd., Suite 1600
    Kansas City, Missouri 64108
    Telephone:   816.471.0909
    Facsimile:    816.471.3888
    chriss@shankhamilton.com
    davidh@shankhamilton.com
    sjm@shankhamilton.com
    danem@shankhamilton.com

*Attorneys for Plaintiff Mary Harmon*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed this 18th day of February, 2014, via the Court's CM/ECF system, which shall send electronic notice of the same to the following counsel of record:

**Counsel for Defendants**

Gregory K. Wu
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

Richard Fama
COZEN O'CONNOR
45 Broadway, 16th Floor
New York, New York 10006

F. Brenden Coller
COZEN O'CONNOR
1900 Market Street
Philadelphia, Pennsylvania 19103

    *s/ Christopher S. Shank*
    Attorney for Plaintiff