IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARY HARMON, on behalf of herself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:13-cv-00247<br>) |
| MILO'S KITCHEN, LLC, and<br>DEL MONTE CORPORATION d/b/a<br>DEL MONTE FOODS, | )<br>)<br>)<br>) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff hereby certifies that a true and accurate copy of Plaintiff's Responses and Objections to Third Set of Requests for Admission of Defendants Milo's Kitchen, LLC and Del Monte Corporation was served on March 10, 2014 via electronic mail to the following counsel of record for Defendants:

Gregory K. Wu
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

Richard Fama
COZEN O'CONNOR
45 Broadway, 16th Floor
New York, NY 10006

F. Brenden Coller
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

1

Respectfully submitted,

SHANK & HAMILTON, P.C.


By: *s/ Christopher S. Shank*
  Christopher S. Shank, MO Bar #28760
  David L. Heinemann, MO Bar #37622
  Stephen J. Moore, #KS-000827
  Dane C. Martin, MO Bar #63997
  2345 Grand Blvd., Suite 1600
  Kansas City, Missouri 64108
  Telephone: 816.471.0909
  Facsimile: 816.471.3888
  chriss@shankhamilton.com
  davidh@shankhamilton.com
  sjm@shankhamilton.com
  danem@shankhamilton.com

*Attorneys for Plaintiff Mary Harmon*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed this 11th day of March, 2014, via the Court's CM/ECF system, which shall send electronic notice of the same to the following counsel of record:

**Counsel for Defendants**

Gregory K. Wu
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

Richard Fama
COZEN O'CONNOR
45 Broadway, 16th Floor
New York, New York 10006

F. Brenden Coller
COZEN O'CONNOR
1900 Market Street
Philadelphia, Pennsylvania 19103

  *s/ Christopher S. Shank*
  Attorney for Plaintiff

2